**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 570 EAL 2019

          Respondent                :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

          v.                        :

                                    :

AMEER MURPHY,                  :

          Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.